■ In the Matter of MICHAEL T., Appellant, v JANNA R., Also Known as JANNA A., Respondent, et al., Respondent. (Appeal No. 2.) [60 NYS3d 903]—Appeal from an order of the Family Court, Onondaga County (Michael L. Hanuszczak, J.), entered May 10, 2016 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition for modification of a prior order of custody and visitation.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Kolson* ([appeal No. 1] 153 AD3d 1665 [2017]). Present—Centra, J.P., Peradotto, NeMoyer, Troutman and Winslow, JJ.